IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL CECERE, derivatively on behalf of RCI HOSPITALITY HOLDINGS, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> ERIC S. LANGAN, PHILLIP MARSHALL, NOUR-DEAN ANAKAR, YURA BARABASH, STEVEN JENKINS, LUKE LIROT, and TRAVIS REESE, <br><br>    Defendants, <br><br> and <br><br> RCI HOSPITALITY HOLDINGS, INC., <br><br>    Nominal Defendant. | Case No. 4:19-cv-03080 |

## ORDER

Before the Court is Plaintiff's unopposed motion to voluntarily dismiss this action. Having reviewed the motion, the Court GRANTS the motion and dismisses this action without prejudice. Each side is to bear its own costs and attorneys' fees.

It is so ORDERED.

Signed on   June 21  , 2021.

_____
United States District Judge